IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GERARDO LUGO-PARRA,

    Defendant.

**4:19MJ3054**

**ORDER**

IT IS ORDERED:

1) The motion of Timothy P. Sullivan to withdraw as counsel of record for Defendant, (Filing No. 14), is granted.

2) Defendant's newly retained counsel, Daniel S. Reeker, shall promptly notify Defendant of the entry of this order.

3) The clerk shall delete Timothy P. Sullivan from any future ECF notifications herein.

May 15, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge